FILED
ASHEVILLE, NC

JUN 1 6 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_WESTERN_ District of NORTH CAROLINA

_____ARTICLE III__ Division

Case No. 1:25-cv-176-MOC-WCM

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
)
*(Write the full name of each plaintiff who is filing this complaint.)*
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)*
JAMES MARLIN BAILEY
4168 ASHELAND COVE DRIVE
YOUNG HARRIS,GA,30582.
(828)550-9571.                                )

*Defendant(s)*
) -v
 NATHAN COOPER                        )   JOSH STEIN                        )
 ELAINE MARSHALL                      )
 ASHLEY HORNSBY WELCH                 )
 TESSA SELLER                         )
 MARK BUCHANAN                        )
 CURTIS COCHRAN                       )
 DOUG FARMER                          )
 NORTH CAROLINA GOVEROR'S OFFICE &
 ALL DESIGNEES                        )
 NORTH CAROLINA ATTORNEY GENERALS OFFICE & ALL DESIGNEES
 DISTRICT ATTORNEYS OF THE 43RD DISTRICT                   )

43RD DISTRICT ATTORNEY'S OFFICE OF NORTH CAROLINA &ALL DESIGNEES )
SECRETARY OF THE STATE OF NORTH CAROLINA &ALL DESIGNEES )
CLAY COUNTY SHERIFF'S OFFICE & ALL DESIGNEES )
SWAIN COUNTY SHERIFF'S OFFFICE &
ALL DESIGNEES )
JACKSON COUNTY SHERIFF'S OFFICE &
ALL DESIGNEES )

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please*

)
*write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ' xYes ' No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person

known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name JAMES MARLIN BAILEY
Address 4168 ASHELAND COVE DRIVE
YOUNG HARRIS ,GA 30582

*City State Zip Code*

County TOWNS
Telephone Number (828)550-9571
E-Mail Address jamesdriverbailey@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name NATHAN COOPER
Job or Title *(if known)* GOVERNOR OF NORTH CAROLINA
Address 1 EAST EDENTON ST
RALEIGH,NC 27601

*City State Zip Code*

County
Telephone Number (919)814-2000
E-Mail Address *(if known)*

' Individual capacity ' Official capacity

Defendant No. 2
    Name JOSH STEIN
    Job or Title *(if known)* ATTORNEY GENERAL
    Address 114 W EDENTON ST.
    RALEIGH,NC 27603

    Telephone Number (919)716-6400      E-Mail Address *(if known)*

' Individual capacity ' Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name ELAINE MARSHALL
    Job or Title *(if known)* SECRETARY OF STATE
    Address 2 SOUTH SALISBURY
    RALEIGH,NC 27601

*City State Zip Code*

County
Telephone Number (919)814-5400
E-Mail Address *(if known)*

' Individual capacity ' Official capacity

Defendant No. 4
    Name TESSA SELLER
    Job or Title *(if known)* 43RD DISRICT JUDGE OF CLAY
    Address 295 COURTHOUSE DR
    HAYESVILLE,NC 28904

*City State Zip Code*

County
Telephone Number (828)389-6354

*Defendant No. 5*
*Name ASHLEY HORNSBY WELCH*
*JOB  DISTRICT OF ATTORNEY 43RD*
*Address 5 WEST MAIN STREET*
*FRANKLIN,NC 28734*
*PHONE (828)349-7210*

*Defendant No.6*

*Names* **MARK BUCHANAN**
**SHERIFF OF CLAY COUNTY**
*Address* **295 COURTHOUSE DR.**
**HAYESVILLE,NC 28904**
*PHONE* (828)389-6354

*Defendant No.7*
*Name* **CURTIS COCHRAN**
*Job* **SHERIFF OF SWAIN COUNTY**
*Address* **95 BRENDLE ST**
**BRYSON CITY,NC 28713**
(828)488-0159

*Defendant No.8*
*Names* **DOUG FARMER**
*Job* **SHERIFF OF JACKSON COUNTY**
**399 GRINDSTAFF COVE RD**
**SYLVA,NC 28779**
(828)586-8901

*Defendant No.9*
*Names* **GOVERNOR'S OFFICE OF NORTH CAROLINA**
**&ALL DESIGNEES**
*Address* **1 EAST EDENTON ST**
**RALEIGH,NC 27601**
(828)814-2000

*Defendant No.10*
*Name* **ATTORNEY GENERALS OFFICE OF THE STATE OF NORTH CAROLINA& ALL DESIGNEES**
*Address* **114 W EDENTON ST.**
**RALEIGH,NC 27603**
(919) 716-6400

*Defendant No.11*
*Name* **43RD DISTRICT ATTORNEY'S OFFICE**
**& ALL DESIGNEES**
*Address* **5 WEST MAIN STREET**
**FRANKLIN,NC 28734**

*Defendant No.12*
*Names* **SECRETARY OF THE STATE OF NORTH CAROLINA**
**& ALL DESIGNEES**
*Address* **5 SOUTH SALISBURY**
**RALEIGH,NC 27601**
(919)814-5400

*Defendant No.13*
*Names* **CLAY COUNTY SHERIFF OFFICE**
**& ALL DESIGNEES**
*Address* **295 COURTHOUSE DR.**
**HAYESVILLE,NC 28904**
(828)389-6354

*Defendant No,14*

*SWAIN COUNTY SHERIFF OFFICE &*
*ALL DESIGNEES*
*Address 95 BRENDLE ST.*
*BRYSON CITY,NC 28713*
*(828)488-0159*

*Defendant No.15*
*Name JACKSON COUNTY SHERIFF OFFICE*
*& ALL DESIGNEES*
*Address 399 GRINDSTAFF COVE RD.*
*SYLVA,NC 28779*

' Individual capacity ' Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

' Federal officials (a *Bivens* claim)

X' State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 1579 PAINT TOWN RD. APT.C103 CHEROKEE ,NC 28719

B. What date and approximate time did the events giving rise to your claim(s) occur? FEBRUARY 15TH 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* (1a.) That on December 19th 2022 North Carolina governor NATHAN COOPER and Attorney general JOSH STEIN signed an unlawful extradition requisition violating the plaintiffs constitutional rights ,civil rights and North Carolina general statues (common law)( 1b. )That on June 27th 2022 plaintiff was arrested in CLAY COUNTY NORTH CAROLINA SHERIFF'S OFFICE for a fugitive of justice (out/state )CLAY#22CR050302 warrant from Towns county Ga.(1c.)127 days later in CLAY COUNTY DISTRICT COURT on October 31th 2022 it was disposed of . U.C.E.A. N.C.G.S CHAPTER 15A ARTICLE 37 states 60 days with a 30 day extension. (1d.) To assist in this unlawful extradition requisition CLAY COUNTY SHERIFF OFFICE , 43RD DISTRICT ATTORNEY'S OFFICE,CLAY COUNTY 43RD DISTRICT JUDGE ,Fabricated that plaintiff was on probation which was a lie and incorrect. (1e.) Past corruption State of North Carolina seized plaintiffs brothers vehicle and judge returned his vehicle (JOHN C. BAILEY 05/03/1973 VIN# 1FTEX18VRB53808 FORD F-150) NC state trooper GORDON signed off in the first month to be auctioned off . N.C. RULE 404(b) (1f.). That on September 29th the plaintiff was in a vehicle accident on N.C 60 . where not 22 days prior plaintiff received his first traumatic brain injury in hayesville N.C. at Frank Blackburn's property where a camper RV storage unit collapsed on plaintiff knocking him unconscious..not only did plaintiff not receive medical assistance at or after the vehicle accident but was arrested and taken to Cherokee county jail where no medical services was given after numerous time plaintiff ask and state he needed it. (plaintiff also activated his OnStar and called for ambulance at Crash site)(1g.). On September 29th N.C. state troop SGT. BORING was slapping plaintiff in the face to proform a breathalizer ,plaintiff passed breathalizer.bonded out 2 days later. (plaintiff also exercised his right and state his family

*attorney was ALAN ROSNER HENDRIX AVE JAX ,FLA.)*N.C.G.*S 14 -33 U.S.C. 14TH AMENDMENT DUE PROCESS ,42 U.S.C. 1985 (2a). Plaintiff pulls in to his residents(road to soco apartments cherokee,nc)where U.S. MARSHALL DONALD CLINE executed a unlawful illegal extradition requistion (ebci tribal police assisted ) Plaintiff was taken to QUALLA BOUNDARIES , where DONALD CLINE had to remove plaintiffs restraints and put them on the front because plaintiff was in pain (.2b). 30 minutes later JACKSON COUNTY SHERIFF OFFICE arrived with illegal extradition requistion .U.S.C 4th amendment violation. 18 U.S.C. 42 Section 1983 (state of north carolina v. JAMES MARLIN BAILEY FILE NO.23 CRS 80). (2c).plaintiff was transported to jackson county detention center . A copy of the requisition with given to the plaintiff , plaintiff was booked and housed at JCDC.( 2d).plaintiff was taken to jackson county district court ,judge Forga explained plaintiff rights ,plaintiff pointed out that the warrant itself was expired and there is no fugitive of justice WARRANTY ,plaintiff was assigned a public defender (STACY ADAMS PLLC ) AND PASSED UP TO SUPERIOR COURT .(2e.).plaintiff was taken back to his cell where he waited for medical services.(2f.).plaintiff was taken to triage where medical services where rendered for injuries .(3a.) Plaintiff states that being locked in that cell for 75%of those ten days , hurt his mental health ,(3b. )Plaintiffs fiancee CHRISTINA REED now had to take on all the weight, plaintiff and Christina Reed have 2 fosters children of the three total that was in their household ,plaintiff was on the lease with utilities in his names ,placement of the new born ,plaintiffs fiancee was also working on her master degree . Their eldest of the two foster is dyslexic , (4a). That on February 24th 2023 plaintiff was chained and taken to Superior court room where he was seated ,CHRISTINA SUE REED , was in attendance ,as was STACY ADAMS PLLC . ADA ANDREW BUCKNER eventually arrived. (4b. )CHIEF RESIDENT JUDGE BRADLEY LETTS entered and court was in session ,ADA BUCKNER gave no objection to writ being granted , JUDGE LETTS agreed and retired to his chambers. (4c).30 minutes later 43RD OF NC CHIEF JUDGE BRADLEY LETTS returned and granted the WRIT OF HABEAS CORPUS NO.23 CRS 80 NC SUPERIOR COURT. Plaintiff was then led back to his cell for a few hours and released Jackson County detention center, where Christina Reed was waiting in plaintiff vehicle.(4b.) the unlawful detention from the illegal extradition requisition play the direct call to the separation of my fiancé the loss of my three kids, two of them replacements from the eastern band of Cherokee Indians tribal foster care which they have placement of one was a newborn the elder of two fosters is diagnosed with dyslexia and oldest, Is Christina Reed biological daughter. Plaintiff believes that his illegal incarceration had a direct effect on his mental health, physical health and health of his life..

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Shoulder ,wrist , and hand. plaintiff received treatment at Jackson County detention center. And at Harris urgent care, Sylva , North Carolina.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(a) $5 million from each defendant

(b) Sheriff's office and designee of Clay ,Swain ,and Jackson County North Carolina from December 19, 2022 to present day all officers to be docked one hour to be donated to the eastern band of Cherokee Indians foster department

(c) 1 million my fiancé, Christina Sue Reed

(d) And 1 million split between three children that Kadence Ryder Bradley , Samantha cucumber, and Delia Brady

(e) Plaintiff, criminal charges, and investigations brought on the state officials

(f) Impeachment, all state officials was involved with the unlawful extradition requisition

(g) Plaintiff has clearly showed that there is no prosecution of malice intent, but the whole 43rd judicial of North Carolina and request all charges be dropped immediately

(h) Punitive damages I'll leave up to the judge at the law states

(i) 250 hours between research and law work and that is as of June 10, 2023. Plaintiff would like to request attorney fees, $900 an hour

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 9th 2025

Signature of Plaintiff *JamesM.Bailey*
Printed Name of Plaintiff James Marlin Bailey

**B. For Attorneys**

Date of signing: June 9th 2025

Signature of Attorney JamesMBailey
Printed Name of Attorney James Marlin Bailey
Bar Number  PER SE
Name of Law Firm
Address

*City State Zip Code*

Telephone Number (828)550-9571
E-mail Address jamesdriverbailey@gmail.com